UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: __23-3341__    Case Manager: _____

Case Name: __Marlean Ames v State of Ohio (DYS)__

Is this case a cross appeal?  ☐ Yes  ☑ No
Has this case or a related one been before this court previously?  ☐ Yes  ☑ No
If yes, state:
   Case Name: _____  Citation: _____
   Was that case mediated through the court's program?  ☑ Yes  ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

> **Is there evidence of reverse discrimination on the:**
>
> **1. Demotion, and**
>
> **2. Failure to promote**

This is to certify that a copy of this statement was served on opposing counsel of record this __26__ day of __April__, __2023__.

_____
Name of Counsel for Appellant

6CA 53
Rev. 6/08