No. 23-3341

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| MARLEAN A. AMES, | )<br>) |
| Plaintiff-Appellant, | )<br>) |
| v. | )<br>) |
| OHIO DEPARTMENT OF YOUTH SERVICES, | )<br>)<br>) |
| Defendant-Appellee. | )<br>) |

FILED
Sep 02, 2025
KELLY L. STEPHENS, Clerk

O R D E R

Before: MOORE, McKEAGUE, and KETHLEDGE, Circuit Judges.

On December 4, 2023, we affirmed the district court's order granting summary judgment to the Ohio Department of Youth Services.

We now VACATE the district court's judgment and REMAND the case to the district court for further proceedings consistent with the Supreme Court's opinion in *Ames v. Ohio Department of Youth Services*, 605 U.S. ___ (2025).

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk